UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-13-19

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

BEHZAD POURGHANNAD

    Defendant.

ORDER OF
JUDICIAL
REMOVAL

13 CR 507 (VB)

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the application of the United States of America, by Gillian Grossman, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of BEHZAD POURGHANNAD ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1.      The defendant is not a citizen or national of the United States.

2.      The defendant is a native of Iran and a citizen of Iran.

3.      The defendant was paroled to the United States at John F. Kennedy International Airport, New York, New York on or about July 15, 2019.

4.      At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of violating the International Emergency Economic Powers Act, in violation of Title 50 United States Code, Section 1705.

5.      The maximum sentence for a violation of Title 50 United States Code, Section 1705 is 20 years' imprisonment.

6.      The defendant is, and at sentencing will be, subject to removal from the United

States pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an immigrant who at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the INA, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations of the Attorney General under section 211(a) of the INA.

7.      The defendant has waived his right to notice and a hearing under Section 238[(d)](c) of the INA, 8 U.S.C. § 1228[(d)](c).

8.      The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, it is ordered that, pursuant to INA section 238[(d)](c), 8 U.S.C. § 1228[(d)](c), the defendant be removed from the United States to the Iran promptly upon his satisfaction of any sentence of imprisonment, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing.

Dated:      White Plains
            New York, New York
            11/13        , 2019

_____
THE HONORABLE VINCENT BRICCETTI
UNITED STATES DISTRICT JUDGE