

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA :
                                          : **ORDER**
v. :
                                          : 13 CR 507-02 (VB)
BEHZAD POURGHANNAD, :
                          Defendant. :
--------------------------------------------------------------x

       On April 1, 2020, defendant Behzad Pourghannad filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. #27). Specifically, defendant is seeking a reduction of his sentence to "time served," and his immediate transfer to the custody of U.S. Immigration and Customs Enforcement.

       By April 10, 2020, the government is directed to file a response to defendant's motion.

Dated: April 3, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

1