# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/20

July 2, 2020

APPLICATION GRANTED.
SO ORDERED:

/s/
Vincent L. Briccetti, U.S.D.J.
Dated: 7/2/20
White Plains, NY

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v Behzad Pourghannad,* 13 Cr. 507 (VB)

Your Honor:

    As you will recall, I previously submitted a motion for compassionate relief on the behalf of Behzad Pourghannad in the referenced case. The CJA Clerk's office has now informed me that, as a predicate to submitting my voucher for such work, an Order is requiring re-appointing me for the purpose of representing Mr. Pourghannad on his application for compassionate release. Accordingly, I request that this Court endorse this letter, appointing me *nunc pro tunc* to March 1, 2020, for the purposes of litigating a compassionate release motion.

Respectfully submitted,

/s/
James E. Neuman